# Court of Appeals
# of the State of Georgia

ATLANTA,  November 13, 2019

*The Court of Appeals hereby passes the following order:*

**A20A0644. MATTHEW MICHAEL WILSON v. DEBRA WILSON PERKINS.**

Matthew Wilson and Debra Perkins are parents to a minor child.  After their divorce, Perkins filed a petition for modification of custody and child support. Perkins subsequently filed a petition for citation of contempt based on Wilson's failure to pay child support as ordered.  On July 10, 2019, the trial court entered an order granting Perkins's petition and finding Wilson in willful contempt.  Wilson then filed this appeal.  The trial court's order, however, is not subject to direct appeal.

Appeals from orders in domestic relations cases, including orders holding or declining to hold persons in contempt, must be pursued by discretionary application. See OCGA § 5-6-35 (a) (2).  "[C]ompliance with the discretionary appeals procedure is jurisdictional." *Fabe v. Floyd*, 199 Ga. App. 322, 332 (1) (405 SE2d 265) (1991). Although OCGA § 5-6-34 (a) (11) permits a direct appeal from child custody rulings issued in child custody cases, the order at issue in this appeal does not include any child custody rulings so it does not fall within the scope of this provision.  See *Voyles v. Voyles*, 301 Ga. 44, 47 (799 SE2d 160) (2017).

Wilson's failure to follow the discretionary appeal procedure deprives us of jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,__11/13/2019_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____Stephen E. Castlen_____ *, Clerk.*